# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Roddrick Breon Fowler ,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:00-cr-00169-FDW-5

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 12, 2012 Order.

Signed: October 12, 2012

Frank G. Johns, Clerk
United States District Court